THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-33652 |
| RHEA RADFORD | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

## DEBTOR'S RESPONSE TO TRUSTEE'S OBJECTION TO CONFIRMATION
[Doc. # 34]

**THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW**, Rhea Radford Debtor herein and files this Response to the Chapter 13 Trustee's Objection to Confirmation:

Debtor's plan is proposed in good faith. The justification for the step-up payment in month 25 is shown on debtor's budget schedules filed on 2/20/2023 at Docket #24, paragraph 13, which explains Debtor's current circumstances and her future ability to make the increased scheduled Chapter 13 plan payment.

WHEREFORE, Debtor prays that the Court deny the relief sought by the Chapter 13 Trustee, and for such further relief as is just.

Dated: April 13, 2023

                                                            Respectfully submitted,

                                                            By: */s/ Aaron W. McCardell Sr.*
                                                                   Aaron W. McCardell Sr.
                                                                   TBN #24120966
                                                                   SDOT #3611005
                                                                   Lyric Centre
                                                                   440 Louisiana Street, Ste. 1575
                                                                   Houston, TX 77002
                                                                   713-236-8736
                                                                   713-236-8990 (Fax)
                                                                   amccardell@mccardelllaw.com

## CERTIFICATE OF SERVICE

The undersigned herby certifies that a true and correct copy of the above Debtor's Response to Trustee's Objection to Confirmation was served by U.S. mail and/or electronically to all parties in interest on this 13th day of April 2023.

**CHAPTER 13 TRUSTEE**
David G. Peake
Chapter 13 Trustee
9660 Hillcroft
Suite 430
Houston, Texas 77096-3856

Rhea Radford
3526 Landsdowne Court
Pearland, Texas 77584

*/s/ Aaron W. McCardell Sr.*
*Aaron W. McCardell Sr.*