IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number 22-33652 |
| | § | |
| **RHEA RADFORD** | § | |
| | § | **Chapter 13** |
| DEBTOR | § | |

## MOTION TO DISMISS VOLUNTARY PETITION

**THIS MOTION SEEKS ENTRY OF AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, RHEA RADFORD., Debtor in the above-referenced Bankruptcy Case and files this Motion to Dismiss Voluntary Petition and support thereof would show the following:

I.

The Debtor filed her voluntary petition on December 6, 2022, under Chapter 13 of the Bankruptcy Code.

II.

The Debtor now believes that she can affect reorganization outside the scope of the protection afforded to the Debtor under Title 11 of the United States Code.

III.

The Debtor no longer desires to pursue this matter in Bankruptcy Court.

WHEREFORE, Debtor prays that the Order for Relief resulting from the filing of the voluntary petition for relief under Chapter 13 of the Code be dismissed without prejudice, and that this Court grant to Debtor such other and further relief to which Debtor may be justly entitled.

Respectfully submitted,

By:/s/ Rhea Radford
    Rhea Radford

/s/ Aaron W. McCardell Sr.
By:   Aaron W. McCardell Sr.,
      TX Bar No. 24120996
      440 Louisiana Street, Ste. 1575
      Houston, TX 77002
      713-236-8736
      713-236-8990 (Fax)
      amccardell@mccardelllaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Debtor's Motion to Dismiss Voluntary Petition was delivered by U.S. Mail, Postage Prepaid, facsimile, and/or electronic delivery to creditors, the United States Trustee, Chapter 13 Trustee David G. Peake and other parties in interest as shown on the attached list, on this 17th day of April 2023.

/s/ Aaron W. McCardell Sr.
Aaron W. McCardell Sr.